No. 78–6239. WILLIAMS ET AL. *v.* LEEKE, CORRECTIONS DIRECTOR, ET AL. C. A. 4th Cir. Certiorari denied.

No. 78–6277. MATTHEWS *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 78–6282. WHITEHEAD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–6336. FIGUEROA ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 78–6351. BELLE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 78–6352. BAIN *v.* CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 3d Cir. Certiorari denied.

No. 78–6357. PEOPLES *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 78–6367. CARELLI *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–6380. TALBERT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–6383. POWERS *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 78–6387. FERNANDEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–6420. FRIEDMAN *v.* AVON PRODUCTS. C. A. 6th Cir. Certiorari denied.

No. 78–6483. THOMAS *v.* STONE, CORRECTIONAL SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.